IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-35-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER TO COMPEL DISCOVERY |
| LYNNE M. YACOBELLIS, | ) ) ) | |
| Defendant. | ) | |

UPON MOTION by the United States for an Order requiring the defendant to appear, produce documents, and give testimony after she failed to appear pursuant to a Subpoena and Notice of Deposition served on her by Certified Mail on April 27, 2010, requiring her appearance at an oral deposition on June 15, 2010.

IT IS ORDERED that the defendant appear at the United States Attorneys Office at 310 New Bern Avenue, Suite 800, Raleigh, North Carolina on the 17th day of August, 2010 at 10:00 a.m. Upon her appearance she shall produce the requested documents and give testimony. Failure to comply with this Order could result in defendant being ordered to show cause why she should not be held in civil contempt.

IT IS FURTHER ORDERED that the United States Marshal for the Eastern District of North Carolina shall serve or cause to be served a copy of this Order upon the said defendant and report his service thereof to the Court.

SO ORDERED, this 6 day of July, 2010.

_____
United States District Judge